# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: VLAHOS, MATTHIAS         Case No. 09-28169

       Chapter 7

_____,
Debtor

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 31, 2009. The undersigned trustee was appointed on August 01, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $ 55,000.00

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 79.10 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 54,920.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6.  The deadline for filing non-governmental claims in this case was 02/19/2013 and the deadline for filing governmental claims was 05/20/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,000.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $6,000.00, for a total compensation of $6,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $9.41, for total expenses of $9.41.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/04/2014           By: /s/DEBORAH K. EBNER, Trustee
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-28169  
**Case Name:** VLAHOS, MATTHIAS

**Period Ending:** 05/04/14

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 07/31/09 (f)  
**§341(a) Meeting Date:** 09/21/09  
**Claims Bar Date:** 02/19/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 1802 Wake Island Dr, Joliet IL 60435 | 200,000.00 | 19,034.00 | | 0.00 | FA |
| 2 | Checking account with Chase Bank | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Money Market Account with Fidelity Bank | 70.00 | 0.00 | | 0.00 | FA |
| 4 | used household goods and furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Used clothing | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Pension | 60,000.00 | 0.00 | | 0.00 | FA |
| 7 | IRA | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Civil Rights Lawsuit (u) | Unknown | Unknown | | 55,000.00 | FA |
| 9 | 2000 Dodge Intrepid | 3,300.00 | 0.00 | | 0.00 | FA |
| 10 | Money Market Account with Fidelity Bank<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 11 | used household goods and furniture<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Used clothing<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Pension<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2000 Dodge Intrepid<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$267,420.00** | **$19,034.00** | | **$55,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Litigation pends in District Court; Trustee claims that proceeds of action constitute property of the Estate

**Initial Projected Date Of Final Report (TFR):** December 31, 2018    **Current Projected Date Of Final Report (TFR):** December 31, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-28169  
**Case Name:** VLAHOS, MATTHIAS  
**Taxpayer ID #:** **-***3686  
**Period Ending:** 05/04/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/28/14 | {8} | Kurtz Law Offices Ltd | Settlement | 1249-000 | 5,000.00 | | 5,000.00 |
| 03/28/14 | {8} | Kurtz Law Offices Ltd | Settlement | 1249-000 | 50,000.00 | | 55,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.10 | 54,920.90 |
| | | | **ACCOUNT TOTALS** | | 55,000.00 | 79.10 | **$54,920.90** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 55,000.00 | 79.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$55,000.00** | **$79.10** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9866** | 55,000.00 | 79.10 | 54,920.90 |
| | **$55,000.00** | **$79.10** | **$54,920.90** |

{} Asset reference(s)  

Printed: 05/04/2014 10:35 PM   V.13.15

Printed: 05/04/14 10:35 PM    **Claims Distribution Register**    Page: 1

## Case:  09-28169   VLAHOS, MATTHIAS

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| NOTFILED | 07/31/09 | 100 | Wells Fargo Home Mtg<br>Attention: Bankruptcy Departmen<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715<br>\<4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)\> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:   0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/31/09 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br>\<2100-00   Trustee Compensation\> | 6,000.00 | 6,000.00 | 0.00 | 6,000.00 | 6,000.00 |
| | 07/31/09 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br>\<2200-00   Trustee Expenses\> | 9.41 | 9.41 | 0.00 | 9.41 | 9.41 |
| | 07/31/09 | 200 | LOIS WEST<br>POPOWCER KATTEN<br>35 East Wacker Drive #1550<br>Chicago, IL<br>\<3410-00   Accountant for Trustee Fees (Other Firm)\> | 1,053.50 | 1,053.50 | 0.00 | 1,053.50 | 1,053.50 |
| | 07/31/09 | 200 | Springer-Brown Law Firm<br>400 South County Farm Road #300<br>Wheaton, IL 60187<br>\<3210-00   Attorney for Trustee Fees (Other Firm)\> | 8,689.00 | 8,689.00 | 0.00 | 8,689.00 | 8,689.00 |
| | 07/31/09 | 200 | Springer Brown, LLC<br>400 South County Farm Road<br>#300<br>Wheaton, IL 60187<br>\<3220-00   Attorney for Trustee Expenses (Other Firm)\> | 55.04 | 55.04 | 0.00 | 55.04 | 55.04 |
| | | | **Total for Priority 200:   100% Paid** | **$15,806.95** | **$15,806.95** | **$0.00** | **$15,806.95** | **$15,806.95** |
| | | | **Total for Admin Ch. 7 Claims:** | **$15,806.95** | **$15,806.95** | **$0.00** | **$15,806.95** | **$15,806.95** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 01/25/13 | 810 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609<br>\<7100-00   General Unsecured § 726(a)(2)\> | 13,249.67 | 13,249.67 | 0.00 | 13,249.67 | 13,249.67 |

Printed: 05/04/14 10:35 PM | **Claims Distribution Register** | Page: 2

### Case: 09-28169    VLAHOS, MATTHIAS

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 07/31/09 | 810 | Gemb/sams Club Dc<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/31/09 | 810 | Wells Fargo Card Ser<br>Po Box 5058<br>Portland, OR 97208<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 810:   100% Paid** | **$13,249.67** | **$13,249.67** | **$0.00** | **$13,249.67** | **$13,249.67** |
| 2 | 03/05/14 | 820 | Chase Bank USA, N.A.<br>Michael Rusin<br>Chase Bank USA NA,600 Business Center Dr<br>Heathrow, FL 32746<br><7200-00   Tardy General Unsecured § 726(a)(3)> | 26,612.35 | 26,612.35 | 0.00 | 26,612.35 | 25,864.28 |
| | | **Priority 820:   97.18901% Paid** | | | | | | |
| | | | **Total for Unsecured Claims:** | **$39,862.02** | **$39,862.02** | **$0.00** | **$39,862.02** | **$39,113.95** |
| | | | **Total for Case :** | **$55,668.97** | **$55,668.97** | **$0.00** | **$55,668.97** | **$54,920.90** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                Exhibit D

Case No.: 09-28169
Case Name: VLAHOS, MATTHIAS
Trustee Name: DEBORAH K. EBNER, Trustee

**Balance on hand:**                    $            54,920.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $              0.00
Remaining balance:                        $         54,920.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 6,000.00 | 0.00 | 6,000.00 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 9.41 | 0.00 | 9.41 |
| Attorney for Trustee, Fees - Springer-Brown Law Firm | 8,689.00 | 0.00 | 8,689.00 |
| Attorney for Trustee, Expenses - Springer Brown, LLC | 55.04 | 0.00 | 55.04 |
| Accountant for Trustee, Fees - LOIS WEST | 1,053.50 | 0.00 | 1,053.50 |

Total to be paid for chapter 7 administration expenses:   $         15,806.95
Remaining balance:                                         $         39,113.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $              0.00
Remaining balance:                                             $         39,113.95

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 39,113.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,249.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WORLD'S FOREMOST BANK | 13,249.67 | 0.00 | 13,249.67 |

| | Total to be paid for timely general unsecured claims: | $ 13,249.67 |
|---|---|---|
| | Remaining balance: | $ 25,864.28 |

Tardily filed claims of general (unsecured) creditors totaling $ 26,612.35 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 97.2 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 26,612.35 | 0.00 | 25,864.28 |

| | Total to be paid for tardy general unsecured claims: | $ 25,864.28 |
|---|---|---|
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**