# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Bruce W. Black | Hearing Date | 7-23-14 |
| Bankruptcy Case | 09 B 28169 | Adversary No. | |
| Title of Case | Matthias Vlahos | | |

**Brief Statement of Motion:** Trustees Final Report

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

This matter coming before the court for hearing, the final report at docket entry #68 is hereby UNAPPROVED.

*Bruce W. Black*

U S Bankruptcy Judge Bruce W. Black