# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: VLAHOS, MATTHIAS     §   Case No. 09-28169
                            §
                            §
Debtor(s)                   §

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:00AM on 09/05/2014 in Courtroom 201, United States Courthouse, Joliet City Hall, 150 West Jefferson St. 2nd Flr. Joliet IL 60432
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/29/2014     By: /s/DEBORAH K. EBNER
                                 Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: VLAHOS, MATTHIAS | § | Case No. 09-28169 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 55,000.00 |
| *and approved disbursements of* | $ 79.10 |
| *leaving a balance on hand of* [1] | $ 54,920.90 |
| **Balance on hand:** | $ 54,920.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 54,920.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 6,000.00 | 0.00 | 6,000.00 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 9.41 | 0.00 | 9.41 |
| Attorney for Trustee, Fees - Springer-Brown Law Firm | 7,624.00 | 0.00 | 7,624.00 |
| Attorney for Trustee, Expenses - Springer Brown, LLC | 55.04 | 0.00 | 55.04 |
| Accountant for Trustee, Fees - LOIS WEST | 1,053.50 | 0.00 | 1,053.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 14,741.95 |
| Remaining balance: | $ 40,178.95 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 40,178.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 40,178.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,249.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WORLD'S FOREMOST BANK | 13,249.67 | 0.00 | 13,249.67 |

Total to be paid for timely general unsecured claims: $ 13,249.67
Remaining balance: $ 26,929.28

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 26,612.35 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 26,612.35 | 0.00 | 26,612.35 |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 26,612.35 |
| Remaining balance: | $ 316.93 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 316.93 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $316.93.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

**UST Form 101-7-NFR (10/1/2010)**


Prepared By: /s/DEBORAH K. EBNER, Trustee
Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Matthias Vlahos  
    Debtor

Case No. 09-28169-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: mhenley    Page 1 of 1    Date Rcvd: Jul 30, 2014  
    Form ID: pdf006    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2014.
```
db           +Matthias Vlahos,    1802 Wake Island Dr,    Joliet, IL 60435-0674
aty          +Dana L Kurtz,    400 S County Farm Road Ste 330,    Wheaton, IL 60187-4547
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
               Wheaton, IL 60187-4547
14261628     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21613247     +Chase Bank USA, N.A.,    Michael Rusin,    Chase Bank USA NA,    600 Business Center Dr,
               Heathrow, FL 32746-5583
19963403      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
14261630     +Wells Fargo Card Ser,    Po Box 5058,    Portland, OR 97208-5058
14261631     +Wells Fargo Home Mtg,    Attention: Bankruptcy Departmen,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203
14261632     +Worlds Foremost Bank N,    Attn: Collections,    Po Box 82608,    Lincoln, NE 68501-2608
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14261629     +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2014 00:53:02     Gemb/sams Club Dc,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Kurtz Law Offices Ltd
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2014 at the address(es) listed below:
```
              David  Brown, ESQ    on behalf of Trustee Deborah  Kanner Ebner dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              Deborah  Kanner Ebner    on behalf of Accountant Lois  West dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Elizabeth A. Bates    on behalf of Trustee Deborah  Kanner Ebner ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Joseph F Lentner    on behalf of Debtor Matthias  Vlahos jl@chicagobankruptcyattorney.com,
               sanddcourtnotice@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Trustee Deborah  Kanner Ebner tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                              TOTAL: 7
```