**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: VLAHOS, MATTHIAS                                    Case No. 09-28169-BB
_____,        Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $267,420.00                    Assets Exempt: $82,420.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $40,178.95      Claims Discharged
                                                 Without Payment: $13,252.00

Total Expenses of Administration: $14,821.05

---

   3)  Total gross receipts of $    55,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00   (see **Exhibit 2**), yielded net receipts of $55,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $165,966.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,886.05 | 14,821.05 | 14,821.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,486.00 | 40,178.95 | 40,178.95 | 40,178.95 |
| **TOTAL DISBURSEMENTS** | $218,452.00 | $56,065.00 | $55,000.00 | $55,000.00 |

4) This case was originally filed under Chapter 7 on July 31, 2009. The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2015          By: /s/DEBORAH K. EBNER, Trustee
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Civil Rights Lawsuit | 1249-000 | 55,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$55,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mtg | 4110-000 | 165,966.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$165,966.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| DEBORAH K. EBNER, Trustee | 2200-000 | N/A | 9.41 | 9.41 | 9.41 |
| Springer-Brown Law Firm | 3210-000 | N/A | 8,689.00 | 7,624.00 | 7,624.00 |
| Springer Brown, LLC | 3220-000 | N/A | 55.04 | 55.04 | 55.04 |
| LOIS WEST | 3410-000 | N/A | 1,053.50 | 1,053.50 | 1,053.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 79.10 | 79.10 | 79.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$15,886.05** | **$14,821.05** | **$14,821.05** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WORLD'S FOREMOST BANK | 7100-000 | 13,249.00 | 13,249.67 | 13,249.67 | 13,249.67 |
| 1I | WORLD'S FOREMOST BANK | 7990-000 | N/A | 105.34 | 105.34 | 105.34 |
| 2 | Chase Bank USA, N.A. | 7200-000 | 25,985.00 | 26,612.35 | 26,612.35 | 26,612.35 |
| 2I | Chase Bank USA, N.A. | 7990-000 | N/A | 211.59 | 211.59 | 211.59 |
| NOTFILED | Wells Fargo Card Ser | 7100-000 | 9,849.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/sams Club Dc | 7100-000 | 3,403.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$52,486.00** | **$40,178.95** | **$40,178.95** | **$40,178.95** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-28169-BB  
**Case Name:** VLAHOS, MATTHIAS  

**Trustee:** (330480)  DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 07/31/09 (f)  
**§341(a) Meeting Date:** 09/21/09  

**Period Ending:** 05/06/15  
**Claims Bar Date:** 02/19/13

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 1802 Wake Island Dr, Joliet IL 60435 | 200,000.00 | 19,034.00 | | 0.00 | FA |
| 2 | Checking account with Chase Bank | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Money Market Account with Fidelity Bank | 70.00 | 0.00 | | 0.00 | FA |
| 4 | used household goods and furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Used clothing | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Pension | 60,000.00 | 0.00 | | 0.00 | FA |
| 7 | IRA | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Civil Rights Lawsuit (u) | Unknown | Unknown | | 55,000.00 | FA |
| 9 | 2000 Dodge Intrepid | 3,300.00 | 0.00 | | 0.00 | FA |
| 10 | Money Market Account with Fidelity Bank     DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 11 | used household goods and furniture     DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Used clothing     DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Pension     DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2000 Dodge Intrepid     DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 14 Assets | **Totals** (Excluding unknown values) | **$267,420.00** | **$19,034.00** | | **$55,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Amended Final Report file 7/25/2014

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018     **Current Projected Date Of Final Report (TFR):**   June 2, 2014  (Actual)

Printed: 05/06/2015 11:28 PM     V.13.23

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-28169-BB  
**Case Name:** VLAHOS, MATTHIAS  
**Taxpayer ID #:** **-***3686  
**Period Ending:** 05/06/15  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/28/14 | {8} | Kurtz Law Offices Ltd | Settlement | 1249-000 | 5,000.00 | | 5,000.00 |
| 03/28/14 | {8} | Kurtz Law Offices Ltd | Settlement | 1249-000 | 50,000.00 | | 55,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.10 | 54,920.90 |
| 09/09/14 | 101 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $6,000.00, Trustee Compensation; Reference: | 2100-000 | | 6,000.00 | 48,920.90 |
| 09/09/14 | 102 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $9.41, Trustee Expenses; Reference: | 2200-000 | | 9.41 | 48,911.49 |
| 09/09/14 | 103 | LOIS WEST | Dividend paid 100.00% on $1,053.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,053.50 | 47,857.99 |
| 09/09/14 | 104 | Springer-Brown Law Firm | Dividend paid 100.00% on $7,624.00, Attorney for Trustee Fees (Other Firm); Reference: Stopped on 02/16/15 | 3210-000 | | 7,624.00 | 40,233.99 |
| 09/09/14 | 105 | Springer Brown, LLC | Dividend paid 100.00% on $55.04, Attorney for Trustee Expenses (Other Firm); Reference: SPRINGER-BROWN Stopped on 02/16/15 | 3220-000 | | 55.04 | 40,178.95 |
| 09/09/14 | 106 | WORLD'S FOREMOST BANK | Dividend paid 100.00% on $105.34; Claim# 1I; Filed: $105.34; Reference: XXXXXXXXXXXX5218 | 7990-000 | | 105.34 | 40,073.61 |
| 09/09/14 | 107 | Chase Bank USA, N.A. | Dividend paid 100.00% on $211.59; Claim# 2I; Filed: $211.59; Reference: | 7990-000 | | 211.59 | 39,862.02 |
| 09/09/14 | 108 | WORLD'S FOREMOST BANK | Dividend paid 100.00% on $13,249.67; Claim# 1; Filed: $13,249.67; Reference: XXXXXXXXXXXX5218 | 7100-000 | | 13,249.67 | 26,612.35 |
| 09/09/14 | 109 | Chase Bank USA, N.A. | Dividend paid 100.00% on $26,612.35; Claim# 2; Filed: $26,612.35; Reference: | 7200-000 | | 26,612.35 | 0.00 |
| 02/16/15 | 104 | Springer-Brown Law Firm | Dividend paid 100.00% on $7,624.00, Attorney for Trustee Fees (Other Firm); Reference: Stopped: check issued on 09/09/14 | 3210-000 | | -7,624.00 | 7,624.00 |
| 02/16/15 | 105 | Springer Brown, LLC | Dividend paid 100.00% on $55.04, Attorney for Trustee Expenses (Other Firm); Reference: SPRINGER-BROWN Stopped: check issued on 09/09/14 | 3220-000 | | -55.04 | 7,679.04 |
| 02/16/15 | 110 | Springer-Brown Law Firm | | 3210-000 | | 7,624.00 | 55.04 |
| 02/16/15 | 111 | Springer Brown, LLC | Ref # SPRINGER-BROWN | 3220-000 | | 55.04 | 0.00 |

Subtotals: $55,000.00    $55,000.00

{} Asset reference(s)

Printed: 05/06/2015 11:28 PM    V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-28169-BB | | **Trustee:** | DEBORAH K. EBNER, Trustee (330480) |
| --- | --- | --- | --- | --- |
| **Case Name:** | VLAHOS, MATTHIAS | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******9866 - Checking Account |
| **Taxpayer ID #:** | **-***3686 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/06/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ACCOUNT TOTALS | | 55,000.00 | 55,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 55,000.00 | 55,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$55,000.00** | **$55,000.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9866** | 55,000.00 | 55,000.00 | 0.00 |
| | $55,000.00 | $55,000.00 | $0.00 |

{} Asset reference(s)                                                          Printed: 05/06/2015 11:28 PM    V.13.23